AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

_____MIDDLE_____ District of _____ALABAMA_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANDREW LEWIS WILSON | ) Case No: 3:94CR114-TMH: 06 |
| | ) USM No: 09385-002 |
| Date of Previous Judgment: 3/15/1996 | ) Patricia Kemp |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   324   months **is reduced to**   262   .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 34 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 360 to Life months | Amended Guideline Range: | 262 to 405 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X   The reduced sentence is within the amended guideline range.
X   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐   Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   3/15/1996   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   October 13, 2009

/s/ Truman M. Hobbs
*Judge's signature*

Effective Date:

TRUMAN M. HOBBS,   U. S. DISTRICT JUDGE
*(if different from order date)*   *Printed name and title*