IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:94cr114-MHT** |
| | ) | **(WO)** |
| **ANDREW LEWIS WILSON** | ) | |

## ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 1671) and memorandum describing defendant Andrew Lewis Wilson's successful completion of eight years of supervised release, substantial compliance with the terms of supervision, stable residence, and care for his mother, and based on the government's support for early termination of supervision, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Andrew Lewis Wilson's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 22nd day of September, 2020.

                                              /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**